MICHAEL S. DANKO (SBN 111359)
mdanko@dankolaw.com
MICHAEL S. SMITH (SBN 268756)
msmith@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Road, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

Attorneys for Plaintiff
DANKO MEREDITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANKO MEREDITH, a professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA NATIONAL TRANSPORTATION SAFETY BOARD, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF**<br>**(Freedom of Information Act, 5 U.S.C. § 552)** |

## INTRODUCTION

1. William Goldman, deceased, was a pilot, husband, and father.

2. On July 13, 2017, at or about 12:45 PDT, near Sonoma Skypark Airport (0Q9), Sonoma, California, decedent William Goldman was piloting CIRRUS SR22T, Registration Number N821SG, and his children George G., Marie G., and the family nanny, Valera Anselmi were passengers. On said date and time, decedent William Goldman was piloting the aircraft when the engine of the aircraft stopped operating suddenly and without warning, causing the aircraft to crash to the ground.

3. William Goldman and his daughter Marie G. died in the crash. Mr. Goldman's son, George G. and the family nanny, Valera Anselmi were physically injured and suffered

1. severe emotional distress.

2. 4. Serra Falk Goldman is William Goldman's widow, Marie G. and George G.'s mother. Mrs. Goldman hired Plaintiff, DANKO MEREDITH, to represent her, her husband's and daughter's estates, and her son, relative to their claims arising from the above-described airplane crash.

3. 5. Plaintiff, DANKO MEREDITH, on behalf of its clients, submitted a request for information to the United States of America National Transportation Safety Board under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") on December 29, 2020. Nearly nine (9) months later, Plaintiff still has not yet received the requested information as of the date of filing this Complaint.

**THE PARTIES**

6. Serra Falk Goldman is the surviving spouse of the decedent William Goldman and the personal representative of his estate; she is also the mother of George G., and Marie G., deceased. Mrs. Goldman is the personal representative of William Goldman's estate and Marie G.'s estate, and is the guardian *ad litem* of her son, George G, in a pending action in Superior Court in California.

7. Serra Falk Goldman is the successor-in-interest to decedents William Goldman and Marie G., and mother to George G., a minor, and therefore she is a person of standing pursuant to California Code of Civil Procedure Sections 377.30 and 377.60

8. Plaintiff DANKO MEREDITH is a law firm, located at 333 Twin Dolphin Drive, Suite 145, Redwood Shores, California, and at all relevant times has been and is retained by the above-listed persons and estates, relative to their claims arising from the above-described airplane crash.

9. Defendant is the United States of America, specifically acting through the National Transportation Safety Board ("NTSB").

**JURISDICTION AND VENUE**

10. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B). Furthermore, because this request was made by plaintiff DANKO MEREDITH, which

1  maintains a principal place of business in Redwood Shores, California, venue is also
2  appropriate in this forum pursuant to 5 U.S.C. § 552 (a)(4)(B).

### NATURE OF ACTION

11. This action is brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), as amended, to enjoin defendant from improperly withholding, and to order defendant to retrieve, review, and release, the documents which plaintiff requested from defendant, which are believed to be within its possession and control.

### BACKGROUND

12. On December 29, 2020, plaintiff, submitted a FOIA request through the NTSB's FOIA website (https://foiarequest.ntsb.gov/app/Home.aspx). Plaintiff sought records pertaining to the July 13, 2017 crash of decedent William Goldman's plane and NSTB's investigation of said crash. Specifically, plaintiff requested the following material relating to what the NTSB has named as Accident Number WPR17FA150:

    (1) All documents pertaining to the accident aircraft N821SG,

    (2) All documents pertaining to the investigation in the crash of aircraft N821SG,

    (3) All correspondence to/from investigator,

    (4) All investigator telephone log and records,

    (5) All investigator notes, and

    (6) All notes by participating party representatives. (Date Range for Record Search: From 07/13/2017 To 12/29/2020)

13. The NTSB's website states that plaintiff's request was received on December 30, 2020, assigned case number FOIA-2021-000912014, and as of the date of this filing, has a status of "In Process." (**Exhibit A.**)

14. On June 10, 2021, plaintiff asked the NTSB when it would be responding to the subject FOIA request. (**Exhibit B.**)

15. On June 16, 2021, Tamara Crawford, NTSB FOIA Requester Service Center representative, sent a message through the NTSB's website, acknowledging that the NTSB had

been unable to respond with the twenty-working day time limit required by 5 U.S.C. § 552(a)(6)(A) and that while it was difficult to say when a response would be provided, the "best guesstimate" was by the end of the year. (**Exhibit C**.)

16. As of the date of the filing of this Complaint, after the statutorily mandated deadline has passed, defendant has not processed plaintiff's request, nor indicated a reasonably accurate projected date when plaintiff's request will be processed. To date, plaintiff has not received any documents in response to its December 29, 2020 FOIA request.

## ALLEGATIONS

17. Under FOIA, if the agency encounters "unusual" circumstances that require an extended period of time to process the request, the agency must provide the requester with written notice "setting forth the unusual circumstances for such an extension and <u>the date on which a determination is expected to be dispatched. No such notice shall specify a date that would result in an extension for more than ten working days.</u>" (5. U.S.C. § 552(a)(6)(B)(i).)

18. Section 552(a)(6)(C) of the Act states that "[a]ny person making a request to any agency for records . . . shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph."

19. Defendant has failed to provide timely and legally adequate determinations on plaintiff's FOIA requests.

20. Defendant has filed to abide by statutory and regulatory procedures in responding to and processing plaintiff's FOIA requests.

21. Plaintiff has exhausted the administrative remedies provided by the Freedom of Information Act and agency regulations.

WHEREFORE, plaintiff prays that this Court:

    (1) Order the defendant to immediately process and release the requested documents,

    (2) Award plaintiff its costs and reasonable attorney fees as provided by 5 U.S.C. § 552(a)(4)(E);

(3) Order the defendant to waive all fees; and

(4) Grant to plaintiff any other relief as the interests of justice may require.

Dated: September 1, 2021           Respectfully submitted,

**DANKO MEREDITH**

By:    */s/ Michael S. Smith*
        MICHAEL S. DANKO
        MICHAEL S. SMITH
        Attorneys for Plaintiffs

## DEMAND FOR TRIAL BY JURY

Plaintiff DANKO MEREDITH, hereby demands trial by jury of all counts triable by a jury in this matter.

Dated: September 1, 2021           Respectfully submitted,

**DANKO MEREDITH**

By:    */s/ Michael S. Smith*
        MICHAEL S. DANKO
        MICHAEL S. SMITH
        Attorneys for Plaintiffs

# Exhibit A



# NATIONAL TRANSPORTATION SAFETY BOARD

My Account | Change Password | Inbox (0) | Sign Out | Help ▼

Home | NTSB FOIA Guidance ▼ | FOIA Reading Room | FOIA Request Status | Submit FOIA Request | Submit FOIA Appeal

## FOIA Request Status

### Request Details

Click on Request # to view request details.

| Request Number | Description | Received Date | Fee Due | Request Status | Download Folder |
|---|---|---|---|---|---|
| FOIA-2021-00091 | Pursuant to the Freedom of Information Act, we res... | 12/30/2020 | 0.00 | In Process | - |
| FOIA-2020-00512 | Dear Sir/Madam: This is a request under the Free... | 9/8/2020 | 0.00 | Closed | - |

Showing 1 to 2 of 2 entries

Previous | 1 | Next

### Request Status Definitions

| | |
|---|---|
| Received | Your request has been properly received by the NTSB. A notice was sent informing you of a request tracking number. |
| Assigned for Processing | Your request has been assigned for processing. |
| On Hold-Need Info/Clarification | Your request is on hold (meaning that the processing time is suspended) pending clarification of scope, request for additional information, etc. You will be notified via correspondence explaining any reasons(s) your request is on hold. |
| In Process | Your request is actively being processed by the NTSB. |
| On Hold-Fee Related Reasons | Your request is on hold (meaning that the processing time is suspended) pending resolution of a fee matter, e.g., estimated costs exceed what was promised to pay, estimate cots exceed $250.00, etc. You will be notified via correspondence explaining the specific fee matter that must be resolved before processing continues. |
| Documents Delivered | Responsive documents have been delivered. If delivery was made to your private reading room, login to the portal to view/download the responsive documents. Otherwise the records will be delivered in the method requested. |
| Closed | Your request was processed and is closed. |

Refresh | Export

© 2021 AINS, Inc.

# Exhibit B



# Exhibit C



[a true and accurate copy of the text of the above message is copy and pasted below]

RE: Status Request of FOIA-2021-00091

Hello,


Your request is in line for processing. We apologize for our delay, however, due to an extensive backlog, we were unable to process your request within the twenty-working day time limit required by 5 U.S.C. § 552(a)(6)(A). Consequently, it's difficult to say when you can expect a response, however, barring no delays, we plan to respond by the end or the year. We suspect we'll get to it before that time, but this is really our best guesstimate for the completion of your request.


Thank you,


Tamara Crawford

NTSB FOIA Requester Service Center

(202) 314-6540

---------------------------------------------------------------------


We submitted FOIA request FOIA-2021-00091 in December 2020 but the request is still processing. Would you please let us know when we can expect to have an update on this request?  Thank you.