STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Fax: (415) 436-6748
adrienne.zack@usdoj.gov

Attorneys for Defendant National Transportation Safety Board

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANKO MEREDITH,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES NATIONAL TRANSPORTATION SAFETY BOARD, et al.,<br><br>    Defendants. | Case No. 4:21-cv-6828-JST<br><br>**NOTICE OF APPEARANCE** |

Please take notice that undersigned counsel, Assistant U.S. Attorney Adrienne Zack, hereby enters her appearance in the above-captioned matter on behalf of Defendant National Transportation Safety Board.

Dated: October 8, 2021                           Respectfully submitted,

                                                 STEPHANIE M. HINDS
                                                 Acting United States Attorney

                                                 */s/ Adrienne Zack*
                                                 ADRIENNE ZACK
                                                 Assistant United States Attorney

                                                 Attorneys for Defendant