STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone (415) 436-7031
    Fax (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLANS DIVISION

| | |
|---|---|
| DANKO MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL TRANSPORTATION SAFETY BOARD, et al.,<br><br>    Defendants. | Case No. 4:21-CV-6828-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for January 4, 2022, *see* ECF No. 11, and all associated deadlines until February 1, 2022, at 2:00 p.m.

The parties request this change in the to accommodate the previously scheduled holiday leave of counsel for Defendant and to allow the parties additional time to discuss the production of documents made by Defendant on November 15, 2021.

This is the parties' first request to modify the schedule in this case. Declaration of Adrienne Zack ¶ 4. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages. *Id.* ¶ 5.

//

//

| | |
|---|---|
| DATED: December 17, 2021 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>Acting United States Attorney |
| /s/ Michael Smith[1]<br>MICHAEL S. DANKO<br>MICHAEL S. SMITH<br>Attorneys for Plaintiff | /s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br>Attorneys for Defendant |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Initial Case Management Conference is continued until February 1, 2022, at 2:00 p.m. A joint case management statement is due one week prior.

DATED:

_____
THE HON. JON S. TIGAR
United States District Court Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JT. STIP. TO CONT. CMC
4:21-CV-6828-JST