```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANKO MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL<br>TRANSPORTATION SAFETY BOARD, et al.,<br><br>    Defendants. | CASE NO. 4:21-cv-6828-JST<br><br>DECLARATION OF ADRIENNE ZACK IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, ADRIENNE ZACK, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. On December 16, 2021, counsel for Plaintiff, Mr. Michael Smith, and I conferred regarding the production made by Defendant on November 15, 2021, and regarding the upcoming case management conference before the Court. We agreed to request a continuance of the case management conference to accommodate my previously scheduled leave and to permit the parties additional time to discuss the production.

3. I will be on previously scheduled leave from December 20, 2021, through January 4, 2022.

4. This is the parties' first request to modify the schedule for this matter.

5. The requested continuance of the case management conference will not affect the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 17th day of December, 2021, in San Francisco, California.

                                                        */s/ Adrienne Zack*
                                                        ADRIENNE ZACK
                                                        Assistant United States Attorney