```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36045
        San Francisco, California 94102
        Telephone (415) 436-7031
        Fax (415) 436-6748
        adrienne.zack@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLANS DIVISION

| | |
|---|---|
| DANKO MEREDITH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES NATIONAL TRANSPORTATION SAFETY BOARD, et al.,<br><br>    Defendants. | Case No. 4:21-CV-6828-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for January 4, 2022, *see* ECF No. 11, and all associated deadlines until February 1, 2022, at 2:00 p.m.

The parties request this change in the to accommodate the previously scheduled holiday leave of counsel for Defendant and to allow the parties additional time to discuss the production of documents made by Defendant on November 15, 2021.

This is the parties' first request to modify the schedule in this case. Declaration of Adrienne Zack ¶ 4. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages. *Id.* ¶ 5.

//

//

| | |
|---|---|
| DATED: December 17, 2021 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>Acting United States Attorney |
| /s/ Michael Smith[1]<br>MICHAEL S. DANKO<br>MICHAEL S. SMITH<br>Attorneys for Plaintiff | /s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br>Attorneys for Defendant |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Initial Case Management Conference is continued until February 15, 2022, at 2:00 p.m. A joint case management statement is due one week prior.

DATED: December 21, 2021

_____
THE HON. JON S. TIGAR
United States District Court Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*